**Melda FIELDS et al., Appellants,**

v.

**Floyd WELLS et al., Appellees.**

Court of Appeals of Kentucky.

Sept. 13, 1974.

Rehearing Denied Nov. 15, 1974.

Harold G. Wells, Wells & Wells, Hazard, for appellants.

Denver Adams, Hyden, J. W. Craft, Jr., Hazard, for appellees.

Memorandum Opinion of the Court by Special Commissioner JOHN A. BRESLIN, Jr., Affirming.*

**CORBIN RED CAB et al., Appellants,**

v.

**Goldie JONES, Appellee.**

Court of Appeals of Kentucky.

Sept. 13, 1974.

Rehearing Denied Nov. 15, 1974.

Robert L. Milby, Hamm, Taylor, Milby & Farmer, London, for appellants.

Carlos B. Pope, Barbourville, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

**Stanley FRITZ and Harold Cox, d/b/a West Kentucky Land and Auction Company, Appellants,**

v.

**W. A. BRUNSON, Appellee.**

Court of Appeals of Kentucky.

Sept. 13, 1974.

Rehearing Denied Nov. 15, 1974.

Ben B. Wright, Jr., Wright & Wright, Hopkinsville, for appellants.

Thomas Lee Osborne, Keith, Scent, Kirkham & Walton, Hopkinsville, for appellee.

Memorandum Opinion of the Court by Special Commissioner ROBERT M. SPRAGENS, Reversing.*

**Andy D. HALL, Petitioner,**

v.

**Hon. Earl F. ASHCRAFT, Judge, Respondent.**

Court of Appeals of Kentucky.

Oct. 11, 1974.

Paul F. Isaacs, Asst. Public Defender, Frankfort, for petitioner.

Memorandum Opinion of the Court by Commissioner CATINNA, Denying Mandamus.*

* Opinion ordered not to be published.